Tionna Carvalho (SBN 299010)
Email: tcarvalho@slpattorney.com
**STRATEGIC LEGAL PRACTICES, APC**
1888 Century Park East, Floor 19
Los Angeles, California 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorneys for Plaintiffs
LORENA CASILLAS and CORWIN DE VEAS

SPENCER P. HUGRET (SBN: 240424)
shugret@grsm.com
JEANETTE SUAREZ (SBN: 255141)
jsuarez@grsm.com
**GORDON REES SCULLY MANSUKHANI, LLP**
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENA CASILLAS and CORWIN DE VEAS,<br><br>       Plaintiffs,<br><br>    v.<br><br>FCA US LLC; and DOES 1 through 10, inclusive<br><br>       Defendants. | Case No.  5:22-cv-00790-KK-SP<br><br>**JOINT STIPULATION FOR ORDER TO CONTINUE JURISDICTION** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

This Stipulation is entered into by and between the Parties, Plaintiffs

LORENA CASILLAS and CORWIN DE VEAS ("Plaintiffs") and Defendant FCA

US LLC ("Defendant") (collectively "Parties"), by and through their respective

1

JOINT STIPULATION FOR ORDER TO CONTINUE JURISDICTION

attorneys of record based upon the following facts:

WHEREAS, on November 27, 2023, Plaintiffs accepted FCA's Rule 68 Offer;

WHEREAS, on January 31, 2024, this Court entered Judgment in favor of Plaintiff;

WHEREAS, pursuant to Federal Rules of Civil Procedure, Rule 54, and Central District of California Local Rules, Rule 54-7, Plaintiffs' Motion for attorneys' fees and application for costs are due within fourteen (14) days of judgment, unless otherwise ordered by the Court;

WHEREAS, accordingly, Plaintiffs' Motion for Attorney's Fees and Application for Costs are currently due on February 14, 2024;

WHEREAS, the Parties request additional time to meet and confer regarding Plaintiffs' fees and costs in an attempt to resolve the issue without burdening the Court;

WHEREAS, the Parties are in agreement that the Court continue the filing deadline of Plaintiffs' Motion for Attorneys' Fees, Costs, and Expenses from February 14, 2024 to April 15, 2024, and continue jurisdiction until Plaintiff's attorneys' fees, costs, and expenses are decided and funding satisfied.

THE PARTIES HEREBY STIPULATE, through the undersigned counsel, that the Court continue the filing deadline of Plaintiffs' Motion for Attorneys' Fees, Costs, and Expenses from February 14, 2024 to April 15, 2024, and continue

JOINT STIPULATION FOR ORDER TO CONTINUE JURISDICTION

jurisdiction until Plaintiffs' attorneys' fees, costs, and expenses are decided.

DATED: February 14, 2024   **STRATEGIC LEGAL PRACTICES, APC**

By:  */s/ Tionna Carvalho*
    Tionna Carvalho
    Attorney for Plaintiffs
    LORENA CASILLAS and CORWIN DE VEAS

DATED: February 14, 2024   **GORDON REES SCULLY MANSUKHANI, LLP**

By:  */s/ Jeanette Suarez*
    Spencer P. Hugret
    Jeanette Suarez
    Attorney for Defendant
    FCA US LLC

3