# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENA CASILLAS and CORWIN DE VEAS,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 5:22-cv-00790-KK-SP<br><br>Hon. Kenly Kiya Kato<br><br>**ORDER REGARDING PLAINTIFF'S FEES, COSTS AND EXPENSES AND REQUEST FOR ENTRY OF ORDER** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

　　Plaintiffs LORENA CASILLAS and CORWIN DE VEAS ("Plaintiffs") and Defendant FCA US, LLC have agreed FCA US, LLC will pay $23,000.00 to resolve Plaintiffs' attorneys' fees, costs, and expenses.

　　Accordingly, the Court hereby enters an ORDER for Defendant to pay Plaintiffs $23,000.00 to resolve attorneys' fees, costs, and expenses. Payment is to be made to counsel for Plaintiffs by June 20, 2025. After satisfaction of payment, Plaintiffs will dismiss this case with prejudice within 10 business days against all parties.

　　**IT IS SO ORDERED.**

Date: March 26, 2025

_____
Hon. Kenly Kiya Kato
District Court Judge

1
ORDER